David BURNET, Commissioner of Internal Revenue, Petitioner, v. OIL SYNDICATE TRUST, A. L. Warner, Trustee.
No. 9741.

Circuit Court of Appeals, Eighth Circuit.
May 3, 1933.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., and Sewall Key, Sp. Asst. to the Atty. Gen., for petitioner.

C. A. Pidgeon, of Minneapolis, Minn., for respondent.

PER CURIAM.

Petition to review decision of Board of Tax Appeals docketed and dismissed without costs to either party in this court, on motion of petitioner and consent of respondent.

Margaret CAESAR, as Administratrix of the Estate of Martin J. Lardner, Deceased, v. UNITED STATES of America and Margaret T. Leslie.
No. 4965.

Circuit Court of Appeals, Seventh Circuit.
April 25, 1933.

Guy C. Guerine, of Melrose Park, Ill., and Edward H. S. Martin, of Chicago, Ill., for appellant.

Dwight H. Green, U. S. Atty., and Harry F. Hamlin, both of Chicago, Ill., for appellees.

Before ALSCHULER, EVANS, and SPARKS, Circuit Judges.

PER CURIAM.

This matter coming on to be heard on stipulation of Margaret Caesar, administratrix of the estate of Martin J. Lardner, deceased, appellant, and Margaret T. Leslie, one of the appellees, and on notice to the United States, through the United States attorney for the Northern district of Illinois, Eastern division, it is hereby ordered, adjudged, and decreed that the appeal heretofore taken in the above cause be, and the same is hereby, dismissed, without costs.

Robert CARNAHAN, Appellant, v. UNITED STATES of America.
No. 9671.

Circuit Court of Appeals, Eighth Circuit.
March 15, 1933.

Claud D. Hall, of St. Louis, Mo., and Joseph R. Lasson, of Kansas City, Mo., for appellant.

William L. Vandeventer, U. S. Atty., and A. B. Lovan, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Judgment and sentence affirmed from the bench without the filing of an opinion.

James A. CARPENTER, Appellant, v. FORD MOTOR COMPANY.
No. 9747.

Circuit Court of Appeals, Eighth Circuit.
May 15, 1933.

Harry G. Kyle, of Kansas City, Mo., for appellant.

Madden, Freeman & Madden, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, with costs, on motion of appellee under rule 16 of this court.